**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Luis F. Garcia, | ) | No. 05-2593-PHX-DGC (ECV) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Warren Fizer, | ) | |
| Respondent. | ) | |

Petitioner Luis F. Garcia, presently confined in the Arizona State Prison Complex in Tucson, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. By order of the Court filed on September 16, 2005 (Doc. #3), Petitioner was directed to either pay the filing fee or file a signed and certified Application to Proceed In Forma Pauperis. The Court will allow **thirty days** for Petitioner to cure this deficiency.

**A.** **Failure to Pay Filing Fee.**

The filing fee for a habeas corpus action is $5.00. See 28 U.S.C. § 1914. An inmate must pay the fee must if he has more than $25.00 in his inmate account. LRCiv 3.5(b). If he has less than $25.00 in his account, he may seek leave to proceed without payment of the filing fee by filing an Application to Proceed In Forma Pauperis. Petitioner's account statement reflects a balance of $114.78 in his inmate account. Accordingly, the Court

**JDDL**

will allow Petitioner 30 days to cure this deficiency by paying the $5.00 filing fee.

**B.    Rule 41 Cautionary Notice.**

Petitioner should take notice that if he fails to timely comply with every provision of this Order, or any order of the Court entered in this matter, the Petition and action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  See Ferdik v. Bonzelet, 963 F.2d 1258 (9th Cir.) (district court may dismiss action for failure to comply with any order of the Court), cert. denied, 506 U.S. 915 (1992).

**IT IS THEREFORE ORDERED:**

(1) That Petitioner shall have **30 days** from the date this Order is filed to pay the $5.00 filing fee;

(2) That the Clerk of Court shall enter a judgment of dismissal of this action without prejudice and without further notice to Petitioner, if Petitioner fails to pay the $5.00 filing fee within 30 days of the date this Order is filed;

(3) That at all times during the pendency of this action, Petitioner shall immediately advise the Court and the United States Marshal of any change of address and its effective date. Such notice shall be captioned "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information pertaining to the change of address and its effective date. The notice shall not include any motions for any other relief. Failure to file a Notice of Change of Address may result in the dismissal of the action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure;

(4) That aside from the two copies of the petition or amended petition that must be submitted, a clear, legible copy of every pleading or other document filed shall accompany each original pleading or other document filed with the Clerk for use by the District Judge or Magistrate Judge to whom the case is assigned. See LRCiv 3.5(a), 5.4. Failure to comply with this requirement may result in the pleading or document being stricken without further notice to Petitioner.

1  DATED this 19th day of October, 2005.

David G. Campbell
United States District Judge